IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION           MDL No. 2327

---

THIS DOCUMENT RELATES TO:

*Bingham v. Ethicon, Inc., et al.*                Civil Action 2:13-cv-07467

## ORDER
(*Motion to Dismiss*)

Pending before the court is the defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson's (collectively, the "defendants") motion to dismiss [Docket 4].

The plaintiff has neither served the defendants nor complied with Pretrial Order # 20 within 120 days after filing the complaint. *See* Fed. R. Civ. P. 4(m); (Pretrial Order # 20, *In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation*, No. 2:12-md-2327, *available at* http://www.wvsd.uscourts.gov/MDL/ethicon/pdfs/PTO_20.pdf). The plaintiff did not file a response to the instant motion and, thus, has not demonstrated good cause warranting an extension for time to serve. *See* Fed. R. Civ. P. 4(m). Whether or not this court is permitted to grant an extension without a showing of good cause, the plaintiff has failed to request such relief here. Therefore, the defendants' motion to dismiss is **GRANTED**.

The court **DIRECTS** the clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   July 23, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE